## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Anthony G Colonna

Plaintiff,

v.                                              Case No.: 1:16–cv–06745
                                                                         Honorable Thomas M. Durkin

Illinois Marine Towing, Inc

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 20, 2016:

      MINUTE entry before the Honorable Thomas M. Durkin:Status hearing held on 12/20/2016. On joint oral motion, this action is hereby dismissed without prejudice with leave to move to reinstate on or before January 19, 2017. Absent a timely filed motion to reinstate or to extend the time in which to reinstate, this dismissal will become final with prejudice on 1/20/2017 without further order of the Court. Civil case terminated. Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.